```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8452
     Facsimile: (213) 894-0141
     E-mail:    thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-343-AB |
|---|---|
| Plaintiff, | ORDER CONTINUING CHANGE OF PLEA HEARING FOR DEFENDANT HELIOS RAPHAEL DAYSPRING |
| v. | |
| HELIOS RAPHAEL DAYSPRING, aka "Bobby Dayspring," | |
| Defendant. | |

The Court finds good cause to continue the change of plea hearing for defendant HELIOS RAPHAEL DAYSPRING to October 22, 2021, at ~~1:30 p.m.~~ **2:00 p.m.**

IT IS SO ORDERED

October 07, 2021
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

CC: PSA