# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GUILTY PLEA

| | | | | |
|---|---|---|---|---|
| Case No.: | CR 21-00343-AB | | Date: | October 22, 2021 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | | |
| Interpreter: | N/A | | | |

| Carla Badirian | Chia Mei Jui | Thomas F. Rybarczyk (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Helios Raphael Dayspring (video) | √ | | √ | Sandra R Bodner (video); and Eric Shevin (video) | √ | | √ |

**Proceedings:** GUILTY PLEA (Held and Completed) [Video Conference-Zoom]

Defendant consents to proceeding by video.

Amended Plea agreement filed on October 14, 2021, is incorporated and made part of the proceedings. Waiver of Indictment filed August 25, 2021.

Defendant enters a plea of Guilty to Counts 1 and 2 of the Information filed on July 28, 2021.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, Helios Raphael Dayspring, has entered his plea freely and voluntarily, with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them. Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to Friday, February 11, 2022 at 1:30 p.m., for sentencing.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

cc: USPO, PSA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES -GUILTY PLEA**

                                                1 : 15

Initials of Deputy Clerk      CB