SANDRA BROWN-BODNER, ESQ., State Bar No. 157446
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212-3432
Telephone: (661) 666-1187
Facsimile: (310) 859-5104
E-mail: brown@taxlitigator.com

Attorney for Defendant
HELIOS RAPHAEL DAYSPRING

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>HELIOS RAPHAEL DAYSPRING,<br>aka "Bobby Dayspring,"<br><br>　　　　　Defendant. | No: CR 21-343-AB<br><br>**DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE THE SENTENCING HEARING**<br><br>Current Sentencing Date:<br>February 11, 2022<br>Hearing Time: 1:30 p.m.<br><br>Proposed Sentencing Date:<br>April 22, 2022<br>Hearing Time: 1:30 p.m.<br><br>Location:　Courtroom 7B of the<br>　　　　　　Hon. André Birotte Jr. |

　　　Defendant Helios Raphael Dayspring, by and through his counsel of record, Sandra Brown-Bodner, Esq. and Eric Shevin, Esq., hereby file this unopposed *ex parte* application to request an order continuing the sentencing hearing in this matter, which is currently set for February 11, 2022, at 1:30 p.m., to April 22, 2022, at 1:30 p.m., for the reasons stated herein.

　　　1.　　On October 22, 2021, defendant Dayspring plead to an information charging him with one count of federal program bribery in violation of 18 U.S.C. § 666(a)(2), and subscribing to a false income tax return, in violation of 26 U.S.C. §

1. 7206(1).

2. Sentencing for defendant is currently set for February 11, 2022. No prior requests for a continuance of the sentencing date have been made in this matter.

3. Defendant Dayspring, by the terms of his amended plea agreement with the government, in addition to agreeing to cooperate also agreed to make all best efforts to satisfy, prior to sentencing, the agreed restitution obligation to the Internal Revenue Service for unpaid taxes, as well as the agreed interest and penalties thereon and to further work with the IRS to enter into a closing agreement thereon, consistent with his agreement. Docket #25; ¶ 2(h)(i) - (iv).

4. On January 5, 2022, the undersigned counsel provided a detailed update to the Government as to the steps which the defendant has taken to liquidate various assets to satisfy the agreed restitution, noting that the numerous real estate and business sales had become more complex and time consuming than anticipated in light of the adverse press surrounding defendant's guilty plea. For example, the defendant has: a) consummated the sale of a significant piece of real estate which is scheduled to close in February 2022; b) listed eight additional parcels of real property for sale; and c) is in the process of finalizing improvements on a ninth piece of real estate so that it can also be promptly listed for sale.

5. The Government has indicated that, for the reasons provided by undersigned counsel on January 5, 2022, as summarized above, it does not oppose continuing the sentencing to the new date proposed herein.

///
///
///

6. Based upon the foregoing, Defendant Dayspring respectfully requests that this Court grant the requested continuance.

Dated: January 6, 2022

Respectfully submitted,

_____
Sandra Brown-Bodner, Esq.
Eric Shevin, Esq.

Attorneys for Defendant
Helios Raphael Dayspring