SANDRA BROWN-BODNER, ESQ., State Bar No. 157446
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212-3432
Telephone:  (661) 666-1187
Facsimile:   (310) 859-5104
E-mail:      brown@taxlitigator.com

Attorney for Defendant
HELIOS RAPHAEL DAYSPRING

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>HELIOS RAPHAEL DAYSPRING,<br>aka "Bobby Dayspring,"<br><br>        Defendant. | No:  CR 21-343-AB<br><br>**ORDER TO CONTINUE THE SENTENCING HEARING**<br><br>**SENTENCING HEARING:**<br><br>April 22, 2022, at 1:30 p.m. |

    The Court finds good cause to continue the sentencing hearing for defendant HELIOS RAPHAEL DAYSPRING to April 22, 2022, at 1:30 p.m.

    IT IS SO ORDERED

 January 6, 2022                             _____
Date                                          HONORABLE ANDRÉ BIROTTE JR.
                                              UNITED STATES DISTRICT JUDGE

Presented by:
/s/ *Sandra Brown-Bodner*
SANDRA BROWN-BODNER
Attorney for Defendant
Helios Raphael Dayspring

7133865_1