SANDRA BROWN-BODNER, ESQ., State Bar No. 157446
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212-3432
Telephone: (661) 666-1187
Facsimile: (310) 859-5104
E-mail: brown@taxlitigator.com

ERIC D. SHEVIN, ESQ.
State Bar No. 160103
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Telephone (818) 784-2700
Facsimile (818) 784-2411
Email: Eric@shevinlaw.com

Attorneys for Defendant
HELIOS RAPHAEL DAYSPRING

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HELIOS RAPHAEL DAYSPRING, aka “Bobby Dayspring,”

Defendant.

No: CR 21-343-AB

**STIPULATION TO CONTINUE THE SENTENCING HEARING**

Current Sentencing Date: April 22, 2022
Hearing Time: 1:30 p.m.

Proposed Sentencing Date: May 27, 2022
Hearing Time: 1:30 p.m.

Location: Courtroom 7B of the Hon. André Birotte Jr.

/ / /

/ / /

/ / /

STIPULATION

Defendant Helios Raphael Dayspring, both individually and by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby file this stipulation to request an order continuing the sentencing hearing in this matter, which is currently set for April 22, 2022, at 1:30 p.m., to May 27, 2022, at 1:30 p.m., for the reasons stated herein.

1. On October 22, 2021, defendant Dayspring plead to an information charging him with one count of federal program bribery in violation of 18 U.S.C. § 666(a)(2), and subscribing to a false income tax return, in violation of 26 U.S.C. § 7206(1).

2. Sentencing for defendant was initially set for February 11, 2022. Pursuant to the unopposed *ex parte* application of the defendant, sentencing was ordered continued to April 22, 2022.

3. Counsel for defendant is involved in a trial in Boston that is beginning on April 4, 2022, and is expected to run through April 22, 2022, and into the following week. Based upon that Court's current scheduling of matters, which was provided last week to counsel for defendant herein, the trial is not anticipated to go to the jury until the last week in April at the earliest resulting in a conflict in defense counsel's ability to be present before this Court and to otherwise fully assist in the defendant's representation herein.

/ / /

/ / /

/ / /

4. Based upon the foregoing, the parties respectfully request that the Court continue sentencing in this matter to Friday, May 27, 2022, at 1:30 p.m.[1]

Dated: March 30, 2022

Respectfully submitted,

SANDRA BROWN-BODNER, ESQ.

ERIC D. SHEVIN, ESQ.
Shevin Law Group

Attorneys for Defendant
Helios Raphael Dayspring

Dated: March 30, 2022

/s/ Thomas F. Rybarczyk
THOMAS F. RYBARCZYK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

[1] The Defense also notes that, on March 15, 2022, the authorizations granted in Order of the Chief Judge No. 20-043 were determined to continue to be warranted and thus, pursuant to Section 15002(b) of the CARES Act and having conducted the necessary review, the Chief Judge extended all findings and authorizations in Order of the Chief Judge No. 20-043 until May 28, 2022, unless terminated earlier. It is thus, hopeful that this additional time will also facilitate, if deemed appropriate, the ability of the defense to safely appear in person for sentencing.