SANDRA R. BROWN-BODNER
(CASBN 157446)
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Blvd., Ste 900W
Beverly Hills, CA 90212
Telephone: (310) 281-3200
Direct: (310) 281-3217
E-mail: brown@taxlitigator.com

ERIC D. SHEVIN
(CASBN 160103)
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Telephone (818) 784-2700
Facsimile (818) 784-2411
Email: Eric@shevinlaw.com

Attorneys for Defendant
Helios Raphael Dayspring

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00343-AB-1 |
| Plaintiff, | **DEFENDANT'S RESPONSE TO PRESENTENCE REPORT** |
| v. | |
| HELIOS RAPHAEL DAYSPRING, | SENTENCING DATE: |
| Defendant. | April 22, 2022, 1:30 pm |
| | **Proposed New Date<br>May 27, 2022, 1:30 pm** |

7189774_2

## RESPONSE

The Probation Office disclosed its Presentence Report (PSR) on March 21, 2022. (ECF 34) On March 10, 2022, the Probation Office also provided the Disclosed Recommendation Letter to the Court. (ECF 33) Defendant, Helios Dayspring, by and through his attorneys, hereby responds as follows.

Defendant has no objections to the PSR's calculation of the advisory guideline range, which is exclusive of the Government's agreement to: 1) move for a 3 level downward variance for substantial assistance unrelated to U.S.S.G. § 5k1.1 (ECF 25, ¶ 5(d)); 2) file a motion for a downward departure pursuant to U.S.S.G. § 5k1.1 (ECF 25 ¶ 6(d)); and 3) recommend a low-end sentence at the advisory guideline range determined by the Court. Defendant further notes the Probation Office recommendation of a ten (10) month downward variance, as set forth in the March 10, 2022 Disclosed Recommendation Letter to the Court (ECF 33, pages 5-6). Defendant concurs that a downward variance from the advisory guideline range, in addition to the Government's 3 level downward variance for substantial assistance unrelated to U.S.S.G. § 5k1.1 and the Government's anticipated motion for a downward departure pursuant to U.S.S.G. § 5k1.1, is appropriate here. Defendant respectfully reserves the right to further assert facts and arguments in support of its request, pursuant to 18 U.S.C. § 3553(a), for a sentence which is sufficient, but not greater than necessary herein.

Defendant also reserves the right to further address with the Court the conditions recommended by the Probation Office as set forth in the March 10, 2022 Disclosed Recommendation Letter to the Court and to supplement the record regarding any changes in financial condition that has occurred since the submission of the financial information to the Probation Office.

///

///

///

///

7189774_2

The Defendant respectfully reserves the right to file his own sentencing memorandum and supporting materials and, as may be appropriate, a response to the sentencing position and Section 5k1.1 motion filed by the Government.

Dated: 4/4/2022

Respectfully submitted,

HOCHMAN SALKIN TOSCHER PEREZ P.C.

/s/ Sandra R. Brown-Bodner
SANDRA R. BROWN-BODNER

ERIC D. SHEVIN
Shevin Law Group

Attorneys for Defendant
Helios Raphael Dayspring

7189774_2