SANDRA BROWN-BODNER, ESQ., State Bar No. 157446
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212-3432
Telephone:  (661) 666-1187
Facsimile:   (310) 859-5104
E-mail:      brown@taxlitigator.com

ERIC D. SHEVIN, ESQ.
State Bar No. 160103
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Telephone (818) 784-2700
Facsimile (818) 784-2411
Email: Eric@shevinlaw.com

Attorneys for Defendant
HELIOS RAPHAEL DAYSPRING

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No:  CR 21-343-AB |
| Plaintiff, | ORDER TO CONTINUE THE SENTENCING HEARING |
| v. | |
| HELIOS RAPHAEL DAYSPRING, aka "Bobby Dayspring," | |
| Defendant. | |

The Court finds good cause to continue the sentencing hearing for defendant HELIOS RAPHAEL DAYSPRING to May 27, 2022, at 1:30 p.m.

IT IS SO ORDERED

April 04, 2022
Date

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

CC: PSA, USPO

7190122_1

ORDER TO CONTINUE SENTENCING HEARING