TRACY L. WILKISON
United States Attorney
Thomas Rybarczyk (Cal. Bar No. 316124)
Assistant United States Attorney
1500 United States Courthouse

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 21-343-AB |
| v. | |
| HELIOS RAPHAEL DAYSPRING | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS [FILED UNDER SEAL]; [PROPOSED] ORDER SEALING DOCUMENTS [FILED UNDER SEAL]; GOVERNMENT'S UNDER SEAL DOCUMENTS [FILED UNDER SEAL]

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

May 13, 2022
Date

Thomas F. Rybarczyk
Attorney Name

United States of America
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING