SANDRA BROWN-BODNER, ESQ., State Bar No. 157446
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212-3432
Telephone (661) 666-1187
Facsimile (310) 859-5104
E-mail: brown@taxlitigator.com

ERIC D. SHEVIN, ESQ.
State Bar No. 160103
Shevin Law Group
15260 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Telephone (818) 784-2700
Facsimile (818) 784-2411
Email: Eric@shevinlaw.com

Attorneys for Defendant
HELIOS RAPHAEL DAYSPRING

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HELIOS RAPHAEL DAYSPRING,<br>aka "Bobby Dayspring,"<br><br>        Defendant. | Case No: 2:21-CR-00343-AB-1<br><br>**NOTICE OF ERRATA TO DEFENDANT HELIOS RAPHAEL DAYSPRING'S SENTENCING MEMORANDUM**<br><br>Sentencing Date: May 27, 2022<br>Time: 1:30 p.m.<br>Courtroom: 7B<br>U.S. Courthouse: 350 W. 1st Street<br><br>**Hon. André Birotte, Jr.** |

## ERRATA

Counsel for Defendant Helios Raphael Dayspring respectfully notes that due to the timing of the granting of the Government's *under seal* motion pursuant to U.S.S.G. §5k1.1 ("5K1.1 Motion") and the filing of Defendant's Sentencing Memorandum, the Defendant's Sentencing Memorandum incorrectly referenced the Government's 5K1.1 motion as ECF 40. Such references, at the following noted pages and line numbers, should have been correctly referenced as ECF 43.

- Page 2, line 6
- Page 10, line 17
- Page 16, line 10

Dated: May 18, 2022                     Respectfully submitted,

/s/ Sandra R. Brown- Bodner
SANDRA BROWN-BODNER
HOCHMAN SALKIN TOSCHER PEREZ PC

ERIC D. SHEVIN
Shevin Law Group

Attorneys for Defendant
Helios Raphael Dayspring