TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8452
    Facsimile: (213) 894-0141
    E-mail:    thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-343-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING DOCUMENT; DECLARATION OF THOMAS F. RYBARCZYK |
| v. | |
| HELIOS RAPHAEL DAYSPRING, aka "Bobby Dayspring," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Thomas F. Rybarczyk, hereby applies ex parte for an order that the government's Motion for Downward Departure under U.S.S.G. § 5K1.1 (Dkt. 43) be unsealed. Defense counsel takes no position on this application.

///

///

///

///

This ex parte application is based upon the attached declaration of Thomas F. Rybarczyk.

Dated: May 25, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Thomas Rybarczyk*
THOMAS F. RYBARCZYK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF THOMAS F. RYBARCZYK**

I, Thomas F. Rybarczyk, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am the attorney representing the government in the case United States v. Helios Dayspring, CR 21-343-AB.

2.   On May 13, 2022, the government filed an ex parte application for order sealing documents, including the government's Motion for Downward Departure under U.S.S.G. § 5K1.1 ("Motion"). (Dkt. 40.)   The government had sought to seal those documents because the Motion discussed information concerning cooperation by defendant HELIOS RAPHAEL DAYSPRING ("defendant") with the government's investigation.  On May 17, 2022, this Court granted the government's request and sealed the government's Motion.  (Dkt. 42.) The Motion was filed at docket number 43.

3.   Prior to the Court signing that order, on May 16, 2022, defendant publicly filed his sentencing memorandum in which he discussed much of the cooperation information the government had filed under seal in its Motion.  (Dkt. 40.)

4.   In light of defendant's public discussion of his cooperation in his sentencing memorandum, the government now seeks an order unsealing its position because the primary reason for its sealing is no longer necessary, i.e., protecting information concerning defendant's cooperation with the government's investigation.

5.   On May 24, 2022, I informed defendant's counsel, Sandra Brown-Bodner, that the government would be filing the present ex parte application and asked for her position on the application.  On

the same day, Ms. Brown-Bodner informed me via email that she takes no position on the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 25, 2022.

THOMAS F. RYBARCZYK