TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8452
    Facsimile: (213) 894-0141
    E-mail:    thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-343-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | |
| HELIOS RAPHAEL DAYSPRING, aka "Bobby Dayspring," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for order unsealing its Motion for Downward Departured under U.S.S.G. § 5K1.1 is GRANTED.

The government's Motion for Downward Departure under U.S.S.G.

///

///

///

///

///

///

§ 5K1.1 filed at docket number 43 shall be unsealed and made available on the public docket.

_____    _____
DATE                                                          HONORABLE ANDRÉ BIROTTE JR.
                                                              UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas F. Rybarczyk
THOMAS F. RYBARCZYK
Assistant United States Attorney