TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8452
     Facsimile: (213) 894-0141
     E-mail:    thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>HELIOS RAPHAEL DAYSPRING,<br>   aka "Bobby Dayspring,"<br><br>             Defendant. | No. CR 21-343-AB<br><br>ORDER UNSEALING DOCUMENTS |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for order unsealing its Motion for Downward Departured under U.S.S.G. § 5K1.1 is GRANTED. The government's Motion for Downward Departure under U.S.S.G.

///

///

///

///

///

///

§ 5K1.1 filed at docket number 43 shall be unsealed and made available on the public docket.

May 27, 2022
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas F. Rybarczyk
THOMAS F. RYBARCZYK
Assistant United States Attorney