# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 21-00343-AB | Date: May 27, 2022 |

**Present: The Honorable** ANDRÉ BIROTTE JR., United States District Judge

Interpreter: N/A

| Carla Badirian | Chia Mei Jui | Thomas F. Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Helios Raphael Dayspring | √ | | √ | Sandra R Bodner | √ | | √ |
| | | | | Eric Shevin | √ | | √ |

**Proceedings:** SENTENCING (Non-Evidentiary)

Also present is Special Agent (FBI), Dieter Willkomm.

The Court GRANTS the Government's Motion for Downward Departure (Dkt. No. 43).

Refer to separate Judgment Order.

Defendant informed of right to appeal.

1 : 35

Initials of Deputy Clerk   CB