

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:    2:21−cr−00343−AB
Defendant's Name:    Helios Raphael Dayspring

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on    8/26/2022   . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :   8/26/2022   , it was verified the defendant:**

   has surrendered to the Bureau of Prisons   .

**Verified via e−mail with the following:**

U.S. Marshal:   S. McDaniel    *(Name of Officer)*

 August 29, 2022                          By         /s/ *Grace Kami*
 Date                                           Deputy Clerk

CR−86 (11/08)                          VERIFICATION OF SURRENDER